UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
16-40034-TSH

UNITED STATES OF AMERICA

v.

PHILLIP CHARLES AQUINO

**MEMORANDUM AND ORDER OF DETENTION**

June 25, 2019

Hennessy, M.J.

    Defendant was arrested on a warrant issued pursuant to a petition alleging that Defendant violated conditions of supervised release.  An initial appearance was held on June 25, 2019, the date of Defendant's arrest.  At the initial appearance, the court appointed counsel to represent Defendant, and the government moved for detention, pursuant to the Bail Reform Act.  In writing and through a colloquy with the Court, Defendant waived his right to a preliminary hearing and, through counsel, consented to the entry of a voluntary order of detention without prejudice.

    Accordingly, it is ORDERED:

    (1)    Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant moving for a hearing to consider the issue of release on conditions prior to the final revocation hearing, regardless whether there have been changed circumstances.

  / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge